ORIGINAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

FILED
2006 OCT -2  AM 10: 17
SOUTHERN DISTRICT OF CALIF
                                    DEPUTY

1  Morgan W. Tovey (SBN 136242)
   Email: mtovey@reedsmith.com
2  Doyle B. Johnson (SBN 180348)
   Email: dbjohnson@reedsmith.com
3  Jonah D. Mitchell (SBN 203511)
   Email: jmitchell@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:   415.543.8700
   Facsimile:   415.391.8269
9
   Attorneys for Defendant
10 CoolSystems, Inc., dba Game Ready, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| DJO, LLC, a Delaware limited liability company, | No.: 06 CV 1786 H AJB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING COOLSYSTEMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT** |
| vs. | |
| COOLSYSTEMS, INC., a California corporation, dba GAME READY, INC., | |
| Defendant. | |

1  The parties, by and through their undersigned counsel of record, hereby stipulate to extend
2  the deadline for Defendant CoolSystems, Inc. dba Game Ready, Inc. ("CoolSystems") to answer or
3  otherwise respond to the Complaint from October 2, 2006 to November 1, 2006. Good cause exists
4  for this extension as the parties intend to explore informal resolution.

6  DATED: September 27, 2006.

REED SMITH LLP

By _____
Morgan W. Tovey
Doyle B. Johnson
Jonah D. Mitchell
Attorneys for Defendant
COOLSYSTEMS, INC., dba GAME READY, INC.

DATED: September 26, 2006.

KNOBBE MARTENS OLSON & BEAR LLP

By _____
Steven J. Nataupsky
Boris Zelkind
Attorneys for Plaintiff
DJO, LLC

## ORDER

CoolSystems' deadline to answer or otherwise respond to the Complaint is hereby extended from October 2, 2006 to November 1, 2006.

DATED: September 29, 2006.

By _____
Judge of the District Court