Morgan W. Tovey (SBN 136242)
Email: mtovey@reedsmith.com
Doyle B. Johnson (SBN 180348)
Email: dbjohnson@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant
CoolSystems, Inc., dba Game Ready, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJO, LLC, a Delaware limited liability company, | No.: 06 CV 1786 H AJB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING COOLSYSTEMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT |
| vs. | |
| COOLSYSTEMS, INC., a California corporation, dba GAME READY, INC., | |
| Defendant. | |

BY FAX

RECEIVED SEP 2 7 2006 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

FILED OCT 1 2 2006

1  The parties, by and through their undersigned counsel of record, hereby stipulate to extend
2  the deadline for Defendant CoolSystems, Inc. dba Game Ready, Inc. ("CoolSystems") to answer or
3  otherwise respond to the Complaint from October 2, 2006 to November 1, 2006. Good cause exists
4  for this extension as the parties intend to explore informal resolution.

6  DATED: September 27, 2006.

7  REED SMITH LLP

9  By
   Morgan W. Tovey
10  Doyle B. Johnson
11  Jonah D. Mitchell
    Attorneys for Defendant
    COOLSYSTEMS, INC., dba GAME READY, INC.

13  DATED: September 26, 2006.

14  KNOBBE MARTENS OLSON & BEAR LLP

16  By
    Steven J. Nataupsky
17  Boris Zelkind
    Attorneys for Plaintiff
18  DJO, LLC

No.: 06 CV 1786 H AJB                    - 1 -                    DOCSSFO-12453938.1-JMITCHELL 9/26/06 2:16 PM
Stipulation and [Proposed] Order Extending CoolSystems, Inc.'s Deadline to Respond to Complaint

## ORDER

CoolSystems' deadline to answer or otherwise respond to the Complaint is hereby extended from October 2, 2006 to November 1, 2006.

DATED: October 10, 2006.

By _____
Judge of the District Court